# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **BRIAN D. CHARLES AKA "BC"** | Case No. **1:14CR10004-001** |
| | USM No. 11906-010 |
| | James Bruce Bennett |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   Conditions listed below   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Standard Condition #7 – Use of Controlled Substance | 02/09/2018 |
| Two | Standard Condition #2 – Fail to Report to USPO | 03/02/2018 |
| Three | Special Condition #2 – Fail to Comply with SATP | 02/21/2018 |
| Four | Standard Condition #5 – Fail to Obtain Employment | 03/09/2018 |
| Five | Standard Condition #7 – Use of Controlled Substance | 04/04/2018 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Last Four Digits of Defendant's Soc. Sec.   8176 | July 31, 2018 |
|---|---|
| | Date of Imposition of Judgment |
| Defendant's Year of Birth:   1982 | |
| City and State of Defendant's Residence: | Signature of Judge |
| El Dorado, Arkansas | |
| | Honorable Susan O. Hickey, U.S. District Judge |
| | Name and Title of Judge |
| | Date |

DEFENDANT: **BRIAN D. CHARLES**
CASE NUMBER: **1:14CR10004-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
**Seven (7) months with credit for time served in federal custody. No supervision to follow the term of imprisonment.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL